FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JUSTIN HANSEL, an individual,

              Plaintiff,

      v.

TEKSYSTEMS, INC., a Maryland
Corporation; META PLATFORMS,
INC., a Delaware Corporation,

              Defendants.

No. 4:25-cv-05144-RLP

ORDER DISMISSING COMPLAINT
WITHOUT PREJUDICE

On February 12, 2026, the Court issued an order granting Defendant's Motion to Dismiss Plaintiff Justin Hansel's Complaint. ECF No. 10. The Court gave Mr. Hansel 30 days to amend his complaint in accordance with the Court's order or risk dismissal. Mr. Hansel appealed the Court's order, but did not move to stay his district court proceedings. And since the Ninth Circuit has denied his appeal, Mr. Hansel has not requested leave to amend. Accordingly, pursuant to

ORDER DISMISSING COMPLAINT * 1

Fed. R. Civ. P. 41(b), all claims and causes of action in this matter against Defendants in this matter are dismissed without prejudice.

IT IS SO ORDERED. The Court Clerk is directed to enter this Order, provide copies to counsel, and close the file.

DATED: May 15, 2026

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT * 2